24SF-CC00065

Electronically Filed - ST. FRANCOIS - April 05, 2024 - 03:41 PM

**IN THE CIRCUIT COURT OF ST. FRANCOIS COUNTY**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| DORIS ADOLPH,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC.<br><br>Serve:<br><br>CT Corporation System<br>120 S. Central Avenue<br>Clayton, Missouri 63105<br><br>Defendant. | ) | Cause No.: |

**PETITION**

COMES NOW Plaintiff Doris Adolph, for her cause of action against Wal-Mart Associates, Inc. ("Wal-Mart"), and states:

1. Plaintiff is a resident of the State of Missouri.

2. Defendant Wal-Mart is a foreign corporation registered with the Missouri Secretary of State and authorized to do business in the State of Missouri.

3. The cause of action accrued in St. Francois County on February 5, 2024, at the Wal-Mart Supercenter located in Farmington, Missouri, at 707 Walton Drive, Farmington, Missouri 63640.

4. On February 5, 2024, Plaintiff was present at the Wal-Mart as a customer when she was struck by an automatic door and knocked to the ground, breaking her hip and causing other injuries.

Electronically Filed - ST. FRANCOIS - April 05, 2024 - 03:41 PM

5. The photograph attached as Exhibit 1 shows the general location of where Plaintiff's fall occurred.

6. The dangerous condition of the door created a reasonably foreseeable risk of harm of the kind of injury that was incurred by the Plaintiff, and Defendant's negligent or wrongful act or omission, by and through its employees within the course and scope of their employment, created the dangerous condition, or Defendant had actual or constructive notice of the dangerous condition in sufficient time prior to the injuries to Plaintiff to have taken measures to protect against the dangerous condition.

7. As a direct and proximate result of the carelessness and negligence of the Defendant, Plaintiff suffered serious and permanent personal injuries, including a broken hip, as well as other injuries. Plaintiff has suffered pain in the past and will continue to suffer pain in the future.

8. Plaintiff has undergone and will continue to undergo medical treatment.

9. Plaintiff has incurred and will continue to incur medical bills.

WHEREFORE Plaintiff Doris Adolph prays for judgment against Defendant Wal-Mart in an amount greater than the jurisdictional minimum of this Court, exclusive of interest and costs, for pre-judgment interest, post-judgment interest, costs, and for whatever further relief this Court deems just.

Electronically Filed - ST. FRANCOIS - April 05, 2024 - 03:41 PM

Respectfully submitted,

Tyler C. Thompson, Bar No. 59645
Thompson Law STL, LLC
tyler@thompsonlawstl.com
314-650-8520
314-582-1253 (Facsimile)
167 Lamp and Lantern Village, Suite 226
Chesterfield, Missouri 63017

Electronically Filed - ST. FRANCOIS - April 05, 2024 - 03:41 PM

24SF-CC00065



# IN THE 24TH JUDICIAL CIRCUIT, ST. FRANCOIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division: | **Case Number: 24SF-CC00065** |
| Plaintiff/Petitioner:<br>DORIS ADOLPH<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>TYLER CANNON THOMPSON<br>167 LAMP AND LANTERN VILLAGE<br>SUITE 226<br>CHESTERFIELD, MO 63017 |
| Defendant/Respondent:<br>WAL-MART ASSOCIATES, INC. | Court Address:<br>1 NORTH WASHINGTON ST<br>FARMINGTON, MO 63640 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to: WAL-MART ASSOCIATES, INC.**
**Alias:**

**120 S. CENTRAL AVENUE**
**CLAYTON, MO 63105**

*COURT SEAL OF*

*ST. FRANCOIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

4/8/2024 — Date

/s/Kristina Bone by: Holly Gonz — Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:
______________________ (name) ______________________ (title).

☐ other: ______________________.

Served at ______________________ (address)

in ______________ (County/City of St. Louis), MO, on ______________ (date) at __________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ Date ______________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $________ |
| Non Est | $________ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $________ (______ miles @ $.______ per mile) |
| **Total** | $________ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

IN THE TWENTY-FOURTH JUDICIAL CIRCUIT OF MISSOURI

ORDER ASSIGNING JUDGE

IN THE MATTER OF:

DORIS ADOLPH
VS
WALMART ASSOCIATES, INC

CASE NO. 24SF-CC00065

NOW ON THIS 8th day of April, 20 24, the undersigned, as Presiding Judge of the Twenty-fourth Judicial Circuit, pursuant to the powers granted by statute and local court rules, does assign the above-styled cause to the Honorable Jerel Lee Poor II.

IT IS FURTHER ORDERED that the judge assigned hereby shall have all powers and responsibilities for this cause as assigned by operation of law and the same shall continue until final disposition of the above-styled matter. The clerk is ordered to notify said Judge and counsel of this appointment.

WENDY WEXLER HORN
PRESIDING JUDGE
24TH JUDICIAL CIRCUIT

Electronically Filed - ST. FRANCOIS - April 09, 2024 - 06:28 PM

**IN THE CIRCUIT COURT OF ST. FRANCOIS COUNTY**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| DORIS ADOLPH, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No.: 24SF-CC00065 |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

COMES NOW Plaintiff Doris Adolph and states copies of Plaintiff's First Requests for Production and First Requests for Admissions were served by process server on Wal-Mart's registered agent on April 9, 2024.

Respectfully submitted,

Tyler C. Thompson, Bar No. 59645
Thompson Law STL, LLC
tyler@thompsonlawstl.com
314-650-8520
167 Lamp and Lantern Village, Suite 226
Chesterfield, Missouri 63017

Electronically Filed - ST. FRANCOIS - April 09, 2024 - 06:28 PM

## CERTIFICATE OF COMPLIANCE WITH RULE 55.03(a)

The undersigned certifies a true and correct copy of the foregoing was filed with the Court's electronic filing system, this 9th day of April, 2024. In addition, the undersigned counsel certifies under Rule 55.03(a) of the Missouri Rules of Civil Procedure that he has signed the original of this Certificate and the foregoing pleading.

Electronically Filed - ST. FRANCOIS - April 16, 2024 - 08:00 PM

**IN THE CIRCUIT COURT OF ST. FRANCOIS COUNTY**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| DORIS ADOLPH, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No.: 24SF-CC00065 |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

COMES NOW Plaintiff Doris Adolph and states copies of Plaintiff's Second Requests for Production were served by email on counsel for Walmart on April 16, 2024, at the below contact information:

Beth C. Boggs
Boggs, Avellino, Lach & Boggs
9326 Olive Boulevard
Olivette, Missouri 63132
BBoggs@BALBLawyers.com

Respectfully submitted,

Tyler C. Thompson, Bar No. 59645
Thompson Law STL, LLC
tyler@thompsonlawstl.com
314-650-8520
167 Lamp and Lantern Village, Suite 226
Chesterfield, Missouri 63017

Electronically Filed - ST. FRANCOIS - April 16, 2024 - 08:00 PM

**CERTIFICATE OF COMPLIANCE WITH RULE 55.03(a)**

The undersigned certifies a true and correct copy of the foregoing was filed with the Court's electronic filing system, this 16th day of April, 2024. In addition, the undersigned counsel certifies under Rule 55.03(a) of the Missouri Rules of Civil Procedure that he has signed the original of this Certificate and the foregoing pleading.

Electronically Filed - ST. FRANCOIS - April 17, 2024 - 09:08 PM

**IN THE CIRCUIT COURT OF ST. FRANCOIS COUNTY**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| DORIS ADOLPH, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No.: 24SF-CC00065 |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

COMES NOW Plaintiff Doris Adolph and states copies of Plaintiff's Interrogatories were served by email on counsel for Walmart on April 17, 2024, at the below contact information:

Beth C. Boggs
Boggs, Avellino, Lach & Boggs
9326 Olive Boulevard
Olivette, Missouri 63132
BBoggs@BALBLawyers.com

Respectfully submitted,

Tyler C. Thompson, Bar No. 59645
Thompson Law STL, LLC
tyler@thompsonlawstl.com
314-650-8520
167 Lamp and Lantern Village, Suite 226
Chesterfield, Missouri 63017

Electronically Filed - ST. FRANCOIS - April 17, 2024 - 09:08 PM

**CERTIFICATE OF COMPLIANCE WITH RULE 55.03(a)**

The undersigned certifies a true and correct copy of the foregoing was filed with the Court's electronic filing system, this 17th day of April, 2024. In addition, the undersigned counsel certifies under Rule 55.03(a) of the Missouri Rules of Civil Procedure that he has signed the original of this Certificate and the foregoing pleading.